UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAPRI CARUTLERSE,<br><br>    Plaintiff<br><br>    v.<br><br>WARDEN, et al.,<br><br>    Defendants. | Case No. 2:24-cv-01515-GMN-EJY<br><br>**ORDER** |

On August 14, 2024, Plaintiff submitted a Civil Rights Complaint that is non-compliant with the United States District Court for the District of Nevada Local Rules. ECF No. 1-1. Specifically, Plaintiff does not use the form established for a Civil Rights Complaint filed by an inmate and her filing is barely legible. LSR 2-1 ("A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form."). Moreover, Plaintiff neither paid the $405 filing fee nor filed an application to proceed *in forma pauperis*, one of which is necessary to commence a civil action. If Plaintiff wants to proceed without prepaying the filing fee she may do so under 28 U.S.C. § 1915(a) and Local Rule LSR 1-2.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff the Civil Rights Complaint form for inmates along with the information and instructions for filing the same.

IT IS FURTHER ORDERED that Plaintiff **must**, no later than **October 25, 2024**, refile her Complaint on the Court's form ensuring the Complaint is legible—meaning the Court can see and read what Plaintiff has written.

IT IS FURTHER ORDERED that Plaintiff **must**, no later than **October 25, 2024**, either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly

signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send to Plaintiff the application to proceed *in forma pauperis* for inmates along with the information and instructions for filing the same.

IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **October 25, 2024**, will result in a recommendation to dismiss this action **without prejudice**.

IT IS FURTHER ORDERED that Plaintiff's failure to refile her Complaint on the Court's form such that it is legible *may* result in a recommendation to dismiss this action **without prejudice**.

A dismissal without prejudice allows Plaintiff to file her case with the Court, under a new case number, when she is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

Dated this 26th day of August, 2024

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

.